1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  LINA PENG (NYBN 5150032)
   Assistant United States Attorney
5
            450 Golden Gate Avenue, Box 36055
6           San Francisco, California 94102-3495
            Telephone: (415) 436-7224
7           FAX: (415) 436-7027
            Lina.Peng@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-0068 RS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO MAY 14, 2019 |
| SHAYNE GREGORY MAUPIN, | |
| Defendant. | |

On April 2, 2019, the Court held a status conference in the above-captioned case, and set a further status date for May 7, 2019, at 2:30 p.m. Undersigned counsel for the Government unfortunately now has an unforeseen conflict at that time. The parties, moreover, are engaged in plea discussions and there could be a resolution reached by the next status conference. Defense counsel has consented to continuing the status conference for one week to May 14, 2019, at 2:30 p.m. Accordingly, the parties stipulate and jointly request that the May 7, 2019, hearing be continued until May 14, 2019, at 2:30 p.m. The parties further stipulate and jointly request that the Court find that time is properly excludable under the Speedy Trial Act in the interest of justice and for continuity of counsel. *See* 18 U.S.C. §§

//

3161(h)(7)(A) and (B)(iv).

Dated: April 26, 2019

/s/
LINA PENG
Assistant United States Attorney
Counsel for the United States

Dated: April 26, 2019

/s/
JODI LINKER
Assistant Federal Public Defender
Counsel for Shayne Gregory Maupin

IT IS SO ORDERED.

Dated: April 29, 2019

RICHARD G. SEEBORG
United States District Judge